IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNIE LYNN WALLACE**                                                                                           **PLAINTIFF**
**ADC# 140378**

v.                              Case No. 5:15-cv-00341 KGB/JTR

**JOSHUA K. MAYFIELD,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Partial Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray and plaintiff Donnie Lynn Wallace's objections (Dkt. Nos. 25, 28). After carefully considering the Recommendation and objections, and making a *de novo* review of the record, the Court concludes the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Mr. Wallace's motion for a preliminary injunction is denied (Dkt. No. 11).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 6th day of January, 2016.

_____
Kristine G. Baker
United States District Judge