IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONNIE LYNN WALLACE**                                                                           **PLAINTIFF**
**ADC# 140378**

v.                              Case No. 5:15-cv-00341 KGB/JTR

**JOSHUA K. MAYFIELD,** *et al.*                                                             **DEFENDANTS**

## ORDER

Before the Court is plaintiff Donnie Lynn Wallace's motion to dismiss voluntarily his complaint (Dkt. No. 73). The Court grants Mr. Wallace's motion and dismisses without prejudice this case. All pending matters are denied as moot (Dkt. Nos. 33; 38; 45; 63). While Mr. Wallace has voluntarily dismissed this action, he remains obligated to pay the full filing fee. *See In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997) ("Even if Tyler's petition is dismissed, Tyler will still be assessed the full filing fee because the PLRA makes prisoners responsible for their filing fees the moment the prisoner brings a civil action or files an appeal.").

So ordered this 7th day of April, 2016.

_____
Kristine G. Baker
United States District Judge